# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 22, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

140679(107)

LAURENCE G. WOLF, d/b/a
LAURENCE WOLF PROPERTIES,
     Plaintiff-Appellant,

v

     SC: 140679
     COA: 279853

CITY OF DETROIT,
     Defendant-Appellee.
_____

On order of the Chief Justice, the motion to extend the time for filing a brief *amicus curiae* by the Michigan Municipal League and the Michigan Townships Association is considered and it is granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 22, 2011

               Clerk